# **<u>EXHIBIT A</u>**

**TRUTH IN LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| **598.36%** | **$1,176.35** | **$450.00** | **$1,626.35** |

**Your Payment Schedule will be:**

| Payment | Amount of Payments | When Payments Are Due |
|---|---|---|
| 1 | $108.41 | 02/04/2022 |
| 2 | $108.41 | 02/18/2022 |
| 3 | $108.41 | 03/04/2022 |
| 4 | $108.41 | 03/18/2022 |
| 5 | $108.41 | 04/01/2022 |
| 6 | $108.41 | 04/15/2022 |
| 7 | $108.41 | 04/29/2022 |
| 8 | $108.41 | 05/13/2022 |
| 9 | $108.41 | 05/27/2022 |
| 10 | $108.41 | 06/10/2022 |
| 11 | $108.41 | 06/24/2022 |
| 12 | $108.41 | 07/08/2022 |
| 13 | $108.41 | 07/22/2022 |
| 14 | $108.41 | 08/05/2022 |
| 15 | $108.61 | 08/19/2022 |

**Late Charge:** If a payment is 7 days or more late, you may be charged a late payment fee of $15.00.

**Prepayment:** If you pay off early, you will not have to pay a penalty.

See this Loan Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date and any prepayment penalties.

All numerical disclosures except the Late Charge are estimates.

ITEMIZATION OF AMOUNT FINANCED:
1. Amount given directly to you:               **$450.00** (the "Cash Advance")
2. Plus Amount paid on my loan account:    **$0.00**
3. Equal Amount Financed:                          **$450.00**

SPECIAL NOTICES
- **THIS AGREEMENT CONTAINS AN ARBITRATION AGREEMENT THAT AFFECTS YOUR LEGAL RIGHTS. PLEASE READ IT CAREFULLY.**
- **THIS LOAN IS DESIGNED AS A SHORT-TERM CASH FLOW SOLUTION AND NOT DESIGNED AS A SOLUTION FOR LONGER TERM FINANCIAL PROBLEMS.**
- **ADDITIONAL FEES AND INTEREST MAY ACCRUE IF THIS LOAN IS REFINANCED.**
- **CREDIT COUNSELING SERVICES MAY BE AVAILABLE IN YOUR COMMUNITY FOR CONSUMERS EXPERIENCING FINANCIAL PROBLEMS.**

**WLCC LENDING**

**LOAN AGREEMENT**

| Lender: | Borrower: |
|---|---|
| **Name:** Cascade Spring Credit | **Name:** Chad Hohenbery |
| **Address:** One Wakpamni Lake Housing, Batesland, South Dakota 57716 | **Address:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Disbursement Date:** 01/21/2022 | **Effective Date:** 1/21/2022 |

**This is our Agreement with you regarding your loan. It contains important terms and conditions. You should read it carefully before you electronically sign it.**

☑ **By checking this box you understand that by entering into a transaction with WLCC _____d/b/a_____ ("Cascade Spring Credit") is being accepted by Cascade Spring Credit on tribal land, and you are agreeing to have the law of the Oglala Sioux Tribe govern this Loan and not the laws of any state. The law of the Oglala Sioux Tribe relating to lending does not limit the rate of interest or fees that may be charged; you may live in a state that restricts the rate of interest that may be charged on a consumer loan; you may wish to find a lender in your state (or another state) that makes consumer loans at a rate of interest which complies with the interest rate restrictions of your home state. You also acknowledge that your loan is a service offered to you via the internet from tribal land, regardless of where you may be situated or access this service. Please acknowledge that you have read and understand this disclosure by checking the box.**

In this Loan Agreement (the "Agreement") the words "you" and "your" mean the borrower who has electronically signed it. The words "Lender", "we", "us" and "our" mean Cascade Spring Credit. We are a sovereign enterprise, an economic development arm and instrumentality of, and wholly owned and controlled by, the Wakpamni Lake Community (the "Community"), a political subdivision of the Oglala Sioux Tribe (the "Tribe"), a federally-recognized sovereign American Indian Tribe. All decisions and operations related to Cascade Spring Credit occur on tribal land, and are supervised and controlled by the WLCC and its Licensing and Regulatory Commissions. This means that your loan is provided by a sovereign government and the proceeds of our business fund governmental services for Community citizens. All disclosures in this Agreement are also terms and conditions of this Agreement.

**You must electronically sign this Loan Agreement and submit it to us with your application. We will then approve or deny your application. If we approve it, the proceeds of your loan will disbursed to you and this Agreement will be in full effect.**

**VERIFICATION.** We reserve the right to verify the accuracy of all information you provide and to deny your loan application in case of any inaccuracy or omission in your loan application, or any other violation of this Agreement. We reserve the right to verify any information you submit through the production of appropriate documentation, and also reserve the right to conduct such verification through a third party. You hereby authorize us to request and obtain data from a third party to verify any information you provide us in connection with your application.

**RIGHT TO CANCEL.** You have the right to cancel this Agreement without cost within three days from the date we notify you that your application has been approved by us. If you decide to cancel this Agreement you must send us your notice of cancellation by email to manager@cascadespringscredit.com or by fax to no later than midnight Central time on the second day after the Disbursement Date (the "Midnight Deadline"). You must also return all proceeds of your loan that you received by the Midnight Deadline. To return those amounts to us, your notice of cancellation must also include your authorization for us to use one of the payment methods you selected on your Disbursement and Payment Choice. If we do not receive your notice of cancellation and return of your loan proceeds by the Midnight Deadline, then this Agreement will remain in full force and effect.

**TRUTH IN LENDING DISCLOSURES:** The Truth-in-Lending Disclosures above are provided to you so that you may compare the cost of this loan to other loan products you might obtain in the United States. Our inclusion of these disclosures does not mean that we or any subsequent holder of this Agreement consent to application of state or U.S. federal law to us, to the loan, or this Agreement.

**YOUR PROMISE TO PAY.** You promise to pay to the order of Lender or any assignee of this Agreement from the Disbursement Date above the principal sum of $450.00 (Principal) plus interest (and any applicable fees) on the unpaid principal balance of the loan until the amount you owe under this Agreement is repaid in full (the Loan). You promise to repay this amount in installments in the amounts and on the dates set forth above in the Payment Schedule section of the Federal Truth in Lending Disclosure. You agree to make your payments using the method or methods you selected in your Disbursement and Payment Choice

Authorization.

**YOUR INTEREST CHARGES.** You agree to pay interest on the outstanding Principal at a rate of 600% per annum (the Contract Rate ) from the loan date until paid in full. To figure interest, we divide the Interest Rate by 365, which equals a daily rate of 1.64% (Daily Rate). We then multiply the Daily Rate by the outstanding principal balance. This gives us a daily interest charge. We then multiply the daily interest charge by the number of days the principal balance is outstanding. Interest accrues from the Effective Date to the date your loan is paid in-full. Late payments made after the due date will result in additional interest charges.

**APPLICATION OF PAYMENTS.** We will apply all payment we receive in the following order: (1) fees; (2) accrued and unpaid interest; and (3) principal. If you make an extra payment (in addition to your regularly scheduled installment payment) and you are not in default, we will apply it according to the order of payment described in this section.

**ESTIMATES.** All numerical disclosures in the Truth-in-Lending Disclosures are estimates made assuming the Disbursement Date is the business day after your loan is approved.

**REPAYMENT SCHEDULE.** You must repay this Loan in payments according to the Payment Schedule set forth above in the Federal Truth-in-Lending Disclosure. Your payment shall be made up of principal and interest repayments. The Truth-in-Lending Disclosures are calculated based on the assumption that you will make each payment on the date it is due.

**PREPAYMENT.** You may prepay all or part of the amount that you owe under this Agreement at any time without having to pay a penalty. Since finance charges are not precomputed, you will not be entitled to a prepayment refund. To arrange to prepay your loan in whole or in part, you must go online at www.cascadespringscredit.com or call us at to alert us of your intention to make a prepayment and then follow our instructions. Partial prepayments will not change the amount or due date of your remaining payments until this Agreement is paid in full.

**DISBURSEMENT.** If your Loan is approved, we will disburse your loan proceeds within 2 Business Days. A Business Day is a regular workday and does not include Saturday, Sunday or holidays. You authorize us to use commercially reasonable efforts to initiate a credit entry by depositing the proceeds of your Loan into the bank account or onto the payment instrument that you first authorized in your Disbursement and Payment Choice Authorization. The date that your loan proceeds are deposited to Your Bank Account or onto your payment instrument is the "Disbursement Date", which is set out above. Unavoidable delays such as bank holidays, the processing schedule of your individual bank, inadvertent processing errors, "acts of God" or "acts of terror" may extend the time for the deposit.

**ALL SUMS DUE.** If you fail to make your payments on time, we can require you to pay your unpaid balance in full. We can also require you to pay your unpaid balance in full if you break any promise you made in this Agreement or if any statement that you made in your application or in connection with your loan is untrue or becomes untrue. This means that you must pay us all principal, finance charges and other amounts that you owe us.

**LATE PAYMENT FEE.** If your payment is 0 or more days late we may charge you a late payment fee of $15.00.

**RETURNED PAYMENT CHARGE.** If your payment method is stopped, denied or otherwise dishonored, then you agree to pay us a returned payment fee of $25. Your returned payment may also cause your payment to be late which could result in you also having to pay a late charge. Your bank may also charge you a fee.

**CONSUMER REPORTS.** You authorize us to obtain consumer reports about you now or in the future as long as you owe us money under this Agreement. We may use the consumer report for any purpose authorized by applicable law in connection with a credit transaction involving you and involving the extension of credit to you or review or collection of your account, including but not limited to (i) for authentication purposes, to make sure you are who you say you are, (ii) to make credit decisions; (iii) to determine how much debt you currently have, in order to determine your debt-to- income ratio, and (iv) to obtain information and characteristics from your credit report from one or more consumer credit reporting agencies. We may report information about your performance under this Agreement to credit reporting agencies. Late payments, missed payments and defaults may be reported. This may negatively impact your ability to receive loans or advances from other companies or to write checks.

**CREDIT DISPUTES; IDENTITY THEFT.** If you believe that any information about your loan that we have furnished to a consumer reporting agency is inaccurate, or if you believe that you have been the victim of identity theft in connection with any loan made by us, write to us at One Wakpamni Lake Housing, Batesland, South Dakota 57716. In your letter (i) provide your name and loan number, (ii) identify the specific information that is being disputed, (iii) explain the basis for the dispute and (iv) provide any supporting documentation you have that substantiates the basis of the dispute. If You believe that you have been the victim of identity theft, submit an identity theft affidavit or identity theft report.

**ENTIRE AGREEMENT.** This Agreement contains the entire agreement between you and us relating to it. Any change to this Agreement must be in writing and we must sign it. No oral changes are binding.

**OTHER RIGHTS.** We may delay enforcing any of our rights without losing them. We can enforce this Agreement against your heirs and legal representatives. We may assign this Agreement and our rights under it without notice to you and we don't need your consent.

**ASSIGNMENT.** We may assign or transfer this Agreement or any of our rights under this Agreement.

**DEFAULT.** Time is of the essence, and you will be in default under this Agreement (as it may be amended) if you do not make any payment when due. Upon default, we may, without notice or demand, declare the entire amount then unpaid immediately due and payable.

**ATTORNEY FEES AND COLLECTION COSTS.** If the Loan is in default as described above, and we pursue collection efforts against you, subject to applicable law, then you agree to pay all reasonable collection agency fees, court costs and other collection costs actually incurred by us and our agents, successors and assigns. If we refer your Loan to an attorney who is not our salaried employee for collection, you agree that we may charge and collect from you reasonable attorney fees incurred by us.

**USURY SAVINGS CLAUSE.** Notwithstanding any other provision herein, the aggregate interest rate of the Loan (including all charges or fees in connection with this Loan that are deemed in the nature of interest under applicable law) shall not exceed the highest lawful interest rate. If Lender contracts for, charges, or receives any consideration which constitutes interest in excess of the highest lawful rate, then any such excess shall be cancelled automatically and, if previously paid, shall at such Lender s option be applied to the outstanding amount of the Loan made hereunder or be refunded to you.

**GOVERNING LAW.** You agree that this Agreement and all aspects of your loan and your relationship with us including all claims or causes of action (contract, tort, equity, statutory or otherwise) shall be subject to, and governed by applicable Oglala Sioux tribal law, and applicable U.S. federal law including without limitation the Federal Arbitration Act 9 U.S.C. §§ 1-16, federal common law, and tribal and federal laws referenced in the Tribal Credit Code of the Wakpamni Lake Community of the Oglala Sioux Tribe. (collectively, the "Governing Law"). By agreeing to this governing law provision, you acknowledge and agree that the laws of the Tribe rather than the laws of your state or any other state will apply. Nothing in this Loan Agreement shall be interpreted to (i) waive any rights you have under U.S. federal law or (ii) prevent you from bringing any individual Claim against us under U.S. federal law, subject to the Arbitration Agreement's prohibition of a jury trial, class actions, class arbitration, and injunctive relief in favor of non-parties.

**SOVEREIGN IMMUNITY.** This Agreement together with any related documents are being submitted by you to us as a sovereign enterprise, an economic development arm and instrumentality of the WLCC which shares in the governmental sovereign immunity of the Tribe. As an economic arm of WLCC, Cascade Spring Credit possesses sovereign immunity which will limit any actions, if any, you may bring in a dispute. It is the express intention of the WLCC and us operating as an economic arm of the WLCC, to fully preserve, and not waive other than as expressly provided in this Agreement, our sovereign governmental immunity from suit, and any other rights, titles, privileges, and immunities, to which we or the WLCC are entitled. For this Agreement, Cascade Spring Creditgrants a limited waiver of its sovereign immunity only as set forth in the Arbitration Agreement below.

**PRESERVATION OF SOVEREIGN IMMUNITY** It is the express intention of the Community and us operating as an economic arm of the Community, to fully preserve, and not waive other than as expressly provided in this Agreement, our sovereign governmental immunity from suit, and any other rights, titles, privileges, and immunities, to which we or the Community are entitled. To protect and preserve the rights of the parties, no person may assume a waiver of sovereign immunity. No waiver is or can be made except by express written declaration of the Community's governing Council specifically authorizing a waiver for the matter in question. Except as pertaining to a single, potential arbitration between you, as an individual consumer, and us, no such waiver has been made with respect to this Agreement, your Disbursement and Payment Choice Authorization or any other related document.

**TELEPHONE CALLS AND TEXT MESSAGES REGARDING YOUR LOAN.** You agree that we may monitor and/or record any of your phone conversations with any of our representatives. We may use automated telephone dialing, text messaging systems and electronic mail to provide messages to You about payment due dates, missed payments, options to amend this Agreement and other important information. The telephone messages are played by a machine automatically when the telephone is answered whether answered by You or someone else. These messages may also be recorded by Your answering machine. By providing us with your cell or mobile telephone number, you authorize us to contact you from time to time regarding your application and loan at that number using text messages. Standard text messaging and/or calling charges by your communications carrier may apply. You may withdraw your consent to receive text messages by calling us at or emailing us at manager@cascadespringscredit.com. We will not impose any fee to process the withdrawal of your consent to receive text messages. Any withdrawal of your consent to use text messages will be effective only after we have a reasonable period of time to process your withdrawal.

**HOW TO UPDATE YOUR RECORDS.** You must notify us immediately if your cell phone number changes or you give your cell phone to someone else. You may update your cell number by calling us at or sending an email to manager@cascadespringscredit.com. If you give us an inaccurate cell number, you will hold us and our employees, agents, and related parties harmless from all claims, costs, or losses that may result. your obligations under this section will survive termination of this Agreement.

**ADVERTISING OR TELEMARKETING TEXT MESSAGES AND TELEPHONE CALLS.** By signing this section, you consent to our sending you advertising and telemarketing text messages to the mobile phone number you have provided below. You also consent to our making advertising or telemarketing calls to you at your mobile phone number using automatic telephone dialing system or an artificial or prerecorded voice.

☑  Your checking this box will be deemed to be your signature acknowledging your consent to receive advertising and telemarketing text messages and telephone calls as described above to your mobile phone at ████████████

You are **not required to consent** to advertising or telemarketing text messages or calls to obtain credit or other services from us.

At any time, you may withdraw your consent to receive advertising or marketing text messages or marketing calls to the mobile number provided by calling us at or emailing us at manager@cascadespringscredit.com.

You understand that: any Text Messages we send you may be accessed by anyone with access to your Text Messages; and your mobile phone service provider may charge you fees for Text Messages that we send you, and you agree that we shall have no liability for the cost of any Text Messages.

**Please notify us immediately if you change mobile or cell phone numbers or plan to give your phone to someone else.**

**OPT-OUT or STOP.** This policy applies to the text messages sent by Cascade Spring Credit to our customers while and after they use our product. If you wish to stop receiving advertising and marketing text messages from Cascade Spring Credit, reply to any text message we have sent you and in the reply, text simply type STOP. If you wish to stop receiving all text messages from Cascade Spring Credit, including those with information about payment due dates or missed payments, type STOP ALL in the reply text you send us. Any withdrawal of your consent to send text messages will be effective in one day.

**HELP OR SUPPORT.** If at any time you need our contact information or information on how to stop text messages, reply to any text we sent you and in the reply simply type HELP. Upon receiving your text message we will send you a text with this information. We will send you no more than 10 advertising or telemarketing text messages or calls each week. In general, the messages we send to you provide you with information about your account, ways to reduce your payments, and potential offers and opportunities. Some of the text messages we send you may include links to websites. To access these websites, you will need a web browser and internet access.

**BANKRUPTCY.** You promise that You are not currently a debtor in any bankruptcy proceeding, you are not contemplating bankruptcy and you have not consulted with an attorney regarding a potential bankruptcy filing in the past six months. You must provide any notice(s) of any future bankruptcy petition and all subsequent filings, motions, orders or correspondence to Us at One Wakpamni Lake Housing, Batesland, South Dakota 57716. You agree that any other written or oral communication concerning a bankruptcy is null and void and of no effect.

**COMMITMENT TO CUSTOMER SERVICE.** We believe our customer service team should be able to make things right for our customers. We would prefer that you contact us first with any questions or concerns regarding your loan. We will work diligently to try to effectively resolve any questions or issues that you have. Please direct any questions, issues or disputes in the first instance to our management, in writing at One Wakpamni Lake Housing, Batesland, South Dakota 57716 or by fax at and we will do our best to help you quickly. If you have already contacted Customer Service in an attempt to resolve an issue or concern and still need additional assistance, please contact the Wakpamni Lake Community Consumer Complaint Tribal Hotline at 1 - (800) 677-3860 or email compliance@wlcccompliance.com between the hours of 9 AM and 5 PM Central Time. If this is your first call to Customer Service, please call .

**BINDING CONFIDENTIAL ARBITRATION AGREEMENT AND CLASS ACTION WAIVER**

Most customer concerns can be resolved by calling our customer service department. In the event that customer service is unable to resolve a complaint to your satisfaction, this Agreement explains how Claims can be resolved through optional dispute resolution or arbitration. It includes an arbitration provision and a class action waiver. You may reject the Arbitration Agreement by sending us written notice within 60 days after receiving your funds. See Your Right to Opt Out below.

"Claim" means any current or future claim, claim or controversy with us relating to your account, this Agreement, or account servicing, and includes but is not limited to: (1) initial claims, counterclaims, crossclaims and third-party claims; (2) claims based on contract, tort, fraud, statute, regulation, common law and equity; (3) claims by or against any third party using or providing any product, service, or benefit in connection with any account; and (4) claims that arise from or relate to any loan created under this Agreement, including but not limited to: or any balances on any such loan; marketing and promotions; information sharing; benefits or services; identity theft; payment processing; or your loan application. You may not sell, assign or transfer a Claim.

**PLEASE READ THIS PROVISION OF THE AGREEMENT CAREFULLY.** Unless you exercise your right to opt-out of arbitration in the manner described below, any Claim you have with Lender or anyone else under this Agreement will be resolved by binding arbitration. Arbitration replaces the right to go to court, including the right to have a jury, to engage in discovery (except as may be provided in the arbitration rules), and to participate in a class action or similar proceeding. In arbitration, a Claim is resolved by an arbitrator instead of a judge or jury. Arbitration procedures are simpler and more limited than court procedures.

Any arbitration will be limited to addressing your Claim individually and will not be part of a class-wide or consolidated arbitration proceeding. You may arbitrate a Claim with or without a lawyer, as you chose. The arbitrator's decisions are as enforceable as any court order and are subject to very limited review by a federal court only. Except as set forth below, the arbitrator's decision will be final and binding. Any issues regarding the validity, effect and enforceability of this Agreement to Arbitrate (or any provision thereof) shall be determined solely by the Arbitrator.

**Agreement to Arbitrate.** You agree that any Claim (defined above) will be resolved on an individual basis by arbitration in accordance with this Arbitration Provision, applicable Oglala Sioux tribal law, and Applicable Federal Law.

The term "Applicable Federal Law" means the Federal Arbitration Act (9 U.S.C. §§ 1-16), federal common law, federal statutes referenced as applicable in the Tribal Credit Code of the Wakpamni Lake Community of the Oglala Sioux Tribe, and any other

federal statutes applicable by their own force.

**You acknowledge and agree that by entering into this Arbitration Provision: YOU ARE GIVING UP YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES;**

**YOU ARE GIVING UP YOUR RIGHT TO HAVE A COURT RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; and**

**YOU ARE GIVING UP YOUR RIGHT TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT FILED AGAINST US AND/OR RELATED THIRD PARTIES.**

**YOUR RIGHT TO OPT OUT.** IF YOU DO NOT WISH YOUR ACCOUNT TO BE SUBJECT TO THIS AGREEMENT TO ARBITRATE, YOU MUST ADVISE US VIA E-MAIL AT manager@cascadespringscredit.com YOU MUST CLEARLY PRINT OR TYPE YOUR NAME AND ACCOUNT NUMBER OR SOCIAL SECURITY NUMBER AND STATE THAT YOU ARE REJECTING THE ARBITRATION AGREEMENT CONTAINED IN YOUR LOAN AGREEMENT. YOU MUST GIVE WRITTEN NOTICE; IT IS NOT SUFFICIENT TO TELEPHONE US. WE MUST RECEIVE YOUR LETTER OR E-MAIL WITHIN SIXTY (60) DAYS AFTER THE DISBURSEMENT DATE OR YOUR REJECTION OF ARBITRATION WILL NOT BE EFFECTIVE. NOTICE IS CONSIDERED DELIVERED WHEN POSTMARKED IF SENT BY MAIL OR DELIVERED IF SENT BY EMAIL. IN THE EVENT YOU OPT OUT OF THIS AGREEMENT TO ARBITRATE, ANY DISPUTES HEREUNDER SHALL NONETHELESS BE GOVERNED UNDER THE LAWS OF THE OGLALA SIOUX TRIBE, ALL APPLICABLE FEDERAL LAW AND MUST BE BROUGHT WITHIN A FEDERAL TRIBUNAL AGREED UPON BY BOTH PARTIES.

**Arbitration Procedure.** Regardless of who demands arbitration, you shall have the right to select any of the following arbitration organizations to administer the arbitration: the American Arbitration Association (1-800-778-7879) http://www.adr.org; JAMS (1-800-352-5267) http://www.jamsadr.com; or an arbitration organization agreed upon by you and the other parties to the Claim. Claims also may be referred to another arbitration organization if you and we agree in writing or to an arbitrator appointed pursuant to section 5 of the Federal Arbitration Act, 9 U.S. C. §§ 1-16 (FAA). If you do not choose an organization, we may choose for you. You have the right to select the arbitrator. If you do not choose an arbitrator, we may choose for you.

The Arbitration provisions are governed by the FAA. The arbitrator will apply substantive law as you and we have chosen in this Agreement, as well as statutes of limitations and privileges. The arbitrator will apply the chosen arbitration organization's rules and procedures applicable to consumer claims and will not apply federal or state rules of evidence or civil procedure. Any arbitration under this Agreement may be conducted either on tribal land or within thirty miles of your residence (so long as you live within the United States), at your choice, provided that this accommodation for you: (a) shall not be construed in any way as a relinquishment or waiver of the Oglala Sioux's Tribes sovereign status or immunity,(b) shall not subject us to the jurisdiction of any courts otherwise having jurisdiction where you reside, and (c) shall not change the law otherwise applicable to any Claim.

**Cost of Arbitration.** We will pay the filing fee and any costs or fees charged by the arbitrator regardless of which party initiates the arbitration. Except where otherwise provided by the law of the Oglala Sioux Tribe, each party will be responsible for its own attorneys' fees and other expenses. Unless prohibited by law, the arbitrator may award fees, costs, and reasonable attorneys' fees to the party who substantially prevails in the arbitration.

**Waiver of Jury Trial and Waiver of Ability to Participate in a Class Action.** YOU HEREBY AGREE THAT YOU ARE WAIVING YOUR RIGHT TO A JURY TRIAL, TO HAVE A COURT DECIDE YOUR CLAIM, AND YOU ARE WAIVING YOUR ABILITY TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, TO PARTICIPATE IN A CLASS ACTION LAWSUIT, OR IN ANY OTHER REPRESENTATIVE CAPACITY FOR OTHERS IN THE ARBITRATION, AND TO CERTAIN DISCOVERY AND OTHER PROCEDURES THAT WOULD BE AVAILABLE IN A LAWSUIT. The arbitrator has the ability to award all remedies available under the Oglala Sioux Tribe's tribal law and Applicable Federal Law, whether at law or in equity, to the prevailing party, except that the parties agree that the arbitrator has no authority to conduct class-wide proceedings and will be restricted to resolving the individual Claims between the parties. If you have rejected arbitration, or a Claim asserting the rights of you and two or more persons is brought properly before a federal tribunal for any reason, you and we agree that the Claim shall only proceed in a federal tribunal in the venue closest to the Pine Ridge Reservation of the Oglala Sioux Tribe or as otherwise agreed upon by you and us parties. Notwithstanding the foregoing, proceedings to confirm or vacate an arbitration award may be brought in the federal district court for the district where you reside.

**The Decision of the Arbitrator.** At the request of either us or you, the arbitrator shall provide a written explanation for the award. The arbitrator must approve the explanation. The arbitrator will apply the applicable substantive law relating to the Claim and award any remedies available as if the Claim was heard by a court. The arbitrator's award may be filed with any court having jurisdiction. Regardless of whether the arbitrator renders a decision or an award in your favor resolving the Claim, you will not be responsible for reimbursing us for your portion of the Arbitration Fees. The arbitrator's award shall not be considered final until appellate rights have been exhausted or the time for filing the notice of appeal pursuant to this Arbitration Agreement and the Appellate Rules has expired.

**Appealing an Award.** You and we agree that the arbitrator's award or decision may be appealed pursuant to the AAA's Optional Appellate Arbitration Rules, the JAMS Optional Arbitration Appeal Procedures, or the appellate rules of another organization chosen by the parties ("Appellate Rules"). Following the appeal process or expiration of the time in which to appeal, the decision or award rendered by the appeal arbitrator(s) is final, binding, confidential, and may be entered and confirmed, under the Federal

Arbitration Act, in the United States District Court for the federal judicial district in which you reside (in which case confidentiality shall be subject to and determined by such ruling as such court may make).

With respect to the authority of a federal district court to confirm or vacate an arbitration award entered under this Agreement, the Oglala Sioux waive sovereign immunity for the specific arm of the tribe that was named as the lender in the loan agreement with you, but not for any other arm of the tribe and not for any other level of tribal government or organization.

**Applicable Law and Judicial Review.** You and we choose Oglala Sioux tribal law, and Applicable Federal Law to govern the loan Agreement, the Arbitration Agreement and all Claims.

Moreover, since we are a federally-dependent sovereign Tribe, we cannot in any event be subject to the laws or regulations of any U.S. state. See, **Sovereign Immunity**, above. In interpreting any provision of this Agreement, an arbitrator or court shall favor: enforcing the Arbitration Provision (if not timely rejected) and severing any provision that would otherwise make this Agreement unenforceable, invalid, or unconscionable. Further, consumers shall be entitled to raise any common law defenses or claims (e.g., duress, fraud, negligence) as provided by federal common law; and to the extent that federal common law does not provide relevant law or guidance with respect to such common law defenses or claims, the parties agree to be governed by published editions of the American Restatement of [Laws] issued by the American Law Institute.

**Other Provisions.** This Arbitration Agreement will survive: (i) termination or changes in this Agreement, the Loan, or the relationship between us concerning the Loan; (ii) the bankruptcy of any party; and (iii) any transfer, sale or assignment of this Agreement, or any amounts owed on your account, to any other person or entity. This Agreement to Arbitrate benefits and is binding upon you, your respective heirs, successors and assigns. It also benefits and is binding upon us, our successors and assigns, and related third parties. The Arbitration Agreement is in full force and effect, even if your obligations have been paid or discharged through bankruptcy. The Arbitration Agreement survives any termination, amendment, expiration, or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing. If any of this Arbitration Agreement is held invalid, the remainder shall remain in effect.

IF YOU OPT OUT OF ARBITRATION OR IF, FOR ANY REASON, YOUR AGREEMENT TO ARBITRATE IS DETERMINED TO BE UNENFORCEABLE WITH RESPECT TO ANY CLAIM(S), THEN YOU AGREE TO THE FOLLOWING WITH RESPECT TO ANY COURT PROCEEDING:

- WE DO NOT WAIVE, BUT EXPRESSLY RESERVE, SOVEREIGN IMMUNITY.

- IF FOR ANY REASON IS SOVEREIGN IMMUNITY IS NOT AVAILABLE IN A COURT PROCEEDING (FOR EXAMPLE, WE HAVE ASSIGNED THE LOAN TO SOMEONE WHO DOES NOT HAVE IMMUNITY), THEN YOU AGREE AS FOLLOWS:
  - YOU WAIVE ANY RIGHT YOU MAY HAVE TO A JURY TRIAL,

  - YOU WAIVE YOUR ABILITY TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, TO PARTICIPATE IN A CLASS ACTION LAWSUIT, OR IN ANY OTHER REPRESENTATIVE CAPACITY FOR OTHERS IN SUCH PROCEEDING.

  - TO THE EXTENT PERMITTED BY LAW, YOU WAIVE ANY CLAIM FOR PUNITIVE DAMAGES.

<u>**SIGNATURE AND ACCEPTANCE OF ALL TERMS AND CONDITIONS**</u>

**BY TYPING YOUR NAME AND "I AGREE" BELOW, YOU ARE ELECTRONICALLY SIGNING THIS AGREEMENT AND AGREEING TO ALL THE TERMS OF THIS AGREEMENT INCLUDING THE ARBITRATION PROVISION AND THE CONSENT TO ELECTRONIC COMMUNICATIONS.**

**YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS AGREEMENT FOR YOUR RECORDS.**

Electronically agreed to and signed by:         ████████████    DATE:    1/21/2022

**[I AGREE]**

## DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION

You hereby voluntarily authorize us to initiate disbursement credits and payment debits to the Bank Account identified below, unless you check the box "Payments You Will Make Directly". This Disbursement and Payment Choice Authorization is a part of and relates to the Loan Agreement dated 01/21/2022(the "Loan Agreement"). The words "you" and "your" mean the borrower who has electronically signed this Disbursement and Payment Choice Authorization. The words "we", "us" and "our" mean Cascade Spring Credit and our successors and assigns.

**Disbursements to Your Bank Account.** You authorize us to process your loan proceeds with a credit deposit to your following bank account ("Your Bank Account"):

| Bank Name | ███████████████████ |
|---|---|
| Transit ABA Number: | ████████ |
| Deposit Account Number: | ████████ |

We will make this disbursement credit by using any commercially available method we choose, such as (but not limited to) Automated Clearing House (ACH) entries, wire transfers, or transactions through your debit card accessing Your Bank Account. As a data security measure, you will separately provide us with your debit card information.
**Your Payment Choice (check applicable box):**

☐ **Payments You will Make Directly.** You agree to make your payments by cashier's check, money order or bill pay service through your bank, that we receive no later than your payment due date to:

<u>One Wakpamni Lake Housing</u>
<u>Batesland, South Dakota 57716</u>

☑ **Automatic Payment From Your Bank Account.** You authorize us to process payment debit entries out of Your Bank Account by using any commercially available methods we choose, such as (but not limited to) ACH entries or transactions through your debit card accessing Your Bank Account according to the Payment Schedule above, plus any late charges, returned payment fees and, if you are in default, all principal, finance charges and other amounts due to us as provided in the Agreement. You authorize us to re-process debit entries for the same amounts if any attempted payment transaction is dishonored.

**REMOTELY CREATED CHECKS:** if we do not receive your check or money order or payment via ACH or by debit card authorization by the Due Dates, You agree to make all payments required under the Loan Agreement by having us create paper checks drawn on your Bank Account and bearing your typed name rather than your handwritten signature ( Remotely Created Checks ). You authorize us and our agents, successors and assigns to submit each Remotely Created Check for payment to the Paying Bank in the amount of each payment owing under this Loan Agreement, including any returned payment charges or other amounts owing to us upon acceleration of this Loan as a result of your Default. Your typed name shall constitute your authorized signature fully reflecting your intent to authenticate these Remotely Created Checks, which are also known as demand drafts, tele-checks, preauthorized drafts, or paper drafts. If you believe we charged your Bank Account in a manner not contemplated by this authorization, then please contact us on at our toll free phone number or sending us an e-mail to manager@cascadespringscredit.com. You authorize us to vary the amount of any pre-authorized payment by Remotely Created Check as needed to repay installments due on the loan as modified by any prepayments.

**RETURNED ITEM FEE:** If any payment made by you on this Loan is not honored or cannot be processed for any reason, including not enough money in your Bank Account, you agree to pay us a fee of $25. You authorize us and our agents to make a one-time withdrawal from your Bank Account to collect this fee, if you have also selected the ACH Debit Authorization. Your financial institution may also impose a fee.

**NOTICE OF VARYING AMOUNTS:** For those customers who have chosen the ACH Debit Authorization, please note that you have the right to receive notice of all withdrawals from your Bank Account by an ACH Debit that vary in amount. However, by agreeing to let us withdraw the money from your Bank Account, you agree we only have to tell you the range of withdrawals that we can make. The range of withdrawals will be either an amount equal to your installment payment or an amount equal to the outstanding balance under the Loan (which may be greater than or less than an installment payment based upon your payment history). For any withdrawal outside of this specified range, we will send you a notice 10 days prior to the date of the debit. Therefore, by signing this Agreement below, you acknowledge that you will only receive notice when a withdrawal exceeds the amount in the specified range. You authorize us to vary the amount of any withdrawal as needed to repay installments due on the Loan as modified by any partial prepayments you make.

You agree that this Payment Choice Authorization will remain in effect until your loan, including principal, finance charges and other charges, is paid in full. You may only revoke the above authorization by contacting us directly. If you revoke your authorization, you agree to provide us with another form of payment acceptable to us.

**BY TYPING YOUR NAME AND TODAY'S DATE AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS PAYMENT CHOICE AUTHORIZATION AND AGREEING TO ALL THE TERMS OF THIS AUTHORIZATION.**

**YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS PAYMENT CHOICE AUTHORIZATION FOR YOUR RECORDS.**

Electronically agreed to and signed by: _____   DATE: 1/21/2022

**Privacy Policy** Rev. 02/2017

| FACTS | WHAT DOES Cascade Spring Credit DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Consumers have the right to limit some but not all sharing. This notice tells you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and checking account information<br>• Payment history and income<br>• Employment information and wire transfer instructions |
| How? | All financial companies need to share customers personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers personal information; the reason _____ chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Cascade Spring Credit share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes - such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus. | Yes | No |
| For our marketing purposes - to offer our products and services to you | Yes | No |
| For joint marketing with other financial companies | No | We Do Not Share |
| For joint marketing with other financial companies | Yes | No |
| For our affiliates' everyday business purposes - information about your creditworthiness | Yes | Yes |
| For our affiliates to market to you | Yes | Yes |
| For non-affiliates to market to you | No | We Do Not Share |

| To limit our sharing | - Call - our menu will prompt you through your choices or<br>- Visit us on the web at www.cascadespringscredit.com<br>- Contact us via email at manager@cascadespringscredit.com<br><br>Please note:<br><br>If you are a new customer, we can begin sharing your information 30 days from the date we sent this notice. When you are no longer our customer, we can share your information as described in this notice.<br><br>However, you can contact us at any time to limit our sharing. |
|---|---|
| Questions? | Call or go to www.cascadespringscredit.com |

| Who are we | |
|---|---|
| Who is providing this notice? | Cascade Spring Credit a business entity of the Wakpamni Lake Community District of the Oglala Sioux Tribe, is providing this privacy policy. |

| What we do | |
|---|---|
| How does Cascade Spring Credit protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures. These measures include computer safeguards and secured files and buildings. |
| How does Cascade Spring Credit collect my personal information? | We collect your personal information, for example, when you:<br><br>• Apply for a loan<br>• Give us your income information<br>• Tell us where to send the money<br>• Provide account information<br>• Provide employment information<br><br>We also collect your personal information from others, such as credit bureaus, affiliates or other companies. |
| Why can't I limit all sharing? | You have the right to limit only:<br><br>• sharing for affiliates' everyday business purposes - information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for non-affiliates to market to you |
| What happens when I limit sharing for an account, I hold jointly with someone else? | Your choices will apply to everyone on your account. |

| Definitions | |
|---|---|
| Affiliates | Companies related by common ownership or control. They can be financial and non-financial companies.<br><br>*- Our affiliates include other business entities of the Oglala Sioux Tribe* |
| Non-affiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br><br>*- Cascade Spring Credit does not share with non-affiliates so they can market to you* |
| Joint marketing | Companies related by common ownership or control. They can be financial and non-financial companies.<br><br>*- A formal agreement between non-affiliated financial companies that together market financial products or services to you.* |

# **EXHIBIT B**

6/5/23, 8:57 AM
1:23-cv-01236-JES-JEH   #1-1   Filed: 06/02/23   Page 14 of 29
Cascade Springs Credit: Installment Loans made easy

📞 Toll Free: 1-800-668-9085

📞 Toll Free: 1-800-668-9085

✅ APPLY NOW

🔒 MEMBERS AREA


CASCADE SPRINGS CREDIT

HOME          RATES & TERMS          FAQ'S

CONTACT US          BLOG

# INSTALLMENT LOANS M

## GET UP TO $800 IN YOUR ACCO
## BUSINESS DAY

SAME DAY FUNDING AVAILABLE, DEPENDING ON YOUR BANK'S A
CREDIT

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept All", you consent to the use of ALL the cookies. However, you may visit "Cookie Settings" to provide a controlled consent.

:ie Settings          Accept All



**EASY VERIFICATION**



**30 MINS. APPROVAL**



**MONEY SAME DAY**

# How our Installment L

Our simplified process provides you a decision in minutes. We pr
through the loan process.

We use cookies on our website to give you the most relevant experience by remembering your preferences
and repeat visits. By clicking "Accept All", you consent to the use of ALL the cookies. However, you may
visit "Cookie Settings" to provide a controlled consent.

:ie Settings     Accept All

# 1
## Easy application

Complete our online application, it's quick, easy and confidential

# 2
## Fast Lender Decision

If you are approved, e-sign and complete instant bank verification

# 3
## Get Your Funds

Funds deposited into your account the following business day.

# 4
## Repay your loan

Customize repayment plans with affordable payments.

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept All", you consent to the use of ALL the cookies. However, you may visit "Cookie Settings" to provide a controlled consent.

:ie Settings        Accept All

# WHY US

We understand you have a choice when it comes to financial
we make serving you the priority and strive to ensure that our l
fast, and transparent as possi



## Direct Lender

We are the direct lender, so decisions will be fast and lo



## Affordable

We will customize a payment program for you l



We use cookies on our website to give you the most relevant experience by remembering your preferences
and repeat visits. By clicking "Accept All", you consent to the use of ALL the cookies. However, you may
visit "Cookie Settings" to provide a controlled consent.

:ie Settings          Accept All

Even if you have had credit challenges, we look at other fact

need.



## Personalized Servi

Our agents will work with you during the loan process, and a

need.



# Still Have Some Questi



# CALL US

## Free Consultation

We use cookies on our website to give you the most relevant experience by remembering your preferences
and repeat visits. By clicking "Accept All", you consent to the use of ALL the cookies. However, you may
visit "Cookie Settings" to provide a controlled consent.

:ie Settings        Accept All



## E-MAIL
manager@cascadespringscr



## BUSINESS HOURS
Monday - Friday 9:00 AM to 5

## TESTIMONIALS

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept All", you consent to the use of ALL the cookies. However, you may visit "Cookie Settings" to provide a controlled consent.

:ie Settings        Accept All

6/5/23, 8:57 AM
1:23-cv-01236-JES-JEH #4-1 Filed: 06/02/23 Page 20 of 29
Cascade Springs Credit: Installment Loans made easy

> "

### I contacted Cascade Springs Credit looking for an ins with a live agent

In the past, I tried to work online with lenders, but could not get the Springs Credit fast application made things easy for me. Their frien service walked me through the entire loan process. I had some spe took that into account and provided me a customized loan tailored

JIMMY WALKER

# Get Approved in less than

noney can be directly deposited into your bank account the next business day. Same Day Funding may als

✓ APPLY NOW

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept All", you consent to the use of ALL the cookies. However, you may visit "Cookie Settings" to provide a controlled consent.

:ie Settings     Accept All

6/5/23, 8:57 AM
1:23-cv-01236-JES-JEH   #4-1   Filed: 06/02/23   Page 21 of 29
Cascade Springs Credit: Installment Loans made easy



## HAVE QUESTIONS? WE CAN HELP

Do you have questions? We can help. Please view our Frequently Asked Questions about Online
Installment Loans by clicking on the button below.

VIEW ALL FAQ

▾   **What is an Installment Loan?**

▾   **How can I get an Installment Loan?**

▾   **How much money can I borrow?**

▾   **How long does it take to get approved?**

▾   **What happens if I credit challenged?**

▾   **What is the fee for your online application?**

We use cookies on our website to give you the most relevant experience by remembering your preferences
and repeat visits. By clicking "Accept All", you consent to the use of ALL the cookies. However, you may
visit "Cookie Settings" to provide a controlled consent.

:ie Settings          Accept All

Black Hills Credit dba Cascade Springs Credit is a tribal lender of the Rosebud Sioux Tribe operating within the boundaries of the Rosebud Indian Reservation of South Dakota, a sovereign nation located within the United States of America. Loans from Black Hills Credit dba Cascade Springs Credit are governed by the laws of the Rosebud Sioux Tribe, not the laws of your resident state. The laws of your resident state may have interest rate limits and other consumer protection provisions that are more favorable. If you wish to have your resident state laws apply, you should consider taking a loan from a licensed lender in your state.
Cascade Springs Credit does not lend to residents of Arizona, Arkansas, Colorado, Connecticut, DC, Georgia, Maine, Maryland, Massachusetts, Montana, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oregon, South Dakota, Vermont, Washington, West Virginia, Wisconsin, Virginia, Pennsylvania. Availability of installment loans are subject to change at any time at the sole discretion of Cascade Springs Credit.

HOME

RATES & TERMS

FAQ'S

CONTACT US

BLOG



Copyright 2023 | Cascade Spring Credit

Terms And Conditions

Privacy Policy

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept All", you consent to the use of ALL the cookies. However, you may visit "Cookie Settings" to provide a controlled consent.

:ie Settings        Accept All

# **<u>EXHIBIT C</u>**

whois search results

 GoDaddy     

# Search the WHOIS Database

| cascadespringscredit.com | Search |
| --- | --- |

## WHOIS search results

### Find your Domain

| Find your perfect domain | |
| --- | --- |

Domain Name: CASCADESPRINGSCREDIT.COM
Registry Domain ID: 2562101869_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.fastdomain.com
Registrar URL: http://www.fastdomain.com
Updated Date: 2023-05-18T16:54:49Z
Creation Date: 2020-09-25T19:25:21Z
Registry Expiry Date: 2023-09-25T19:25:21Z
Registrar: FastDomain Inc.
Registrar IANA ID: 1154
Registrar Abuse Contact Email:
Registrar Abuse Contact Phone:
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Name Server: NS1.BLUEHOST.COM
Name Server: NS2.BLUEHOST.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint
Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2023-06-05T14:08:18Z <<<
For more information on Whois status codes, please visit https://icann.org/epp
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is

currently set to expire. This date does not
necessarily reflect the expiration
date of the domain name registrant's agreement
with the sponsoring
registrar. Users may consult the sponsoring
registrar's Whois database to
view the registrar's reported date of expiration for
this registration.
TERMS OF USE: You are not authorized to access or
query our Whois
database through the use of electronic processes
that are high-volume and
automated except as reasonably necessary to
register domain names or
modify existing registrations; the Data in VeriSign
Global Registry
Services' ("VeriSign") Whois database is provided by
VeriSign for
information purposes only, and to assist persons in
obtaining information
about or related to a domain name registration
record. VeriSign does not
guarantee its accuracy. By submitting a Whois
query, you agree to abide
by the following terms of use: You agree that you
may use this Data only
for lawful purposes and that under no circumstances
will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass
unsolicited, commercial advertising or solicitations
via e-mail, telephone,
or facsimile; or (2) enable high volume, automated,
electronic processes
that apply to VeriSign (or its computer systems). The
compilation,
repackaging, dissemination or other use of this Data
is expressly
prohibited without the prior written consent of
VeriSign. You agree not to

use electronic processes that are automated and high-volume to access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to ensure
operational stability. VeriSign may restrict or terminate your access to the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time. The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.

# Get our newsletter, join the community:

Email Address

SIGN UP

We love taking your call.

## guides



About GoDaddy

About Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

Trust Center

Legal


**Help Center**

Help Center

Community

Venture Forward: Microbusiness Data

GoDaddy Blog

Contact Us

Report Abuse


**Resources**

Webmail

WHOIS

GoDaddy Mobile App

ICANN Confirmation

Designers & Developers

Corporate Domains

Redeem Code

Product Catalog

Videos

Business Name Generator


**Partner Programs**

Affiliates

Reseller Programs

GoDaddy Pro

**Account**

My Products

Renewals & Billing

Create Account

**Shopping**

Buy a Domain

Websites

WordPress

Hosting

Web Security

Email & Office

Phone Numbers

United States – English ⌄     USD ⌄

Legal          Privacy Policy          Advertising Preferences          Cookies

Do not sell my personal information

Copyright © 1999 - 2023 GoDaddy Operating Company, LLC. All Rights Reserved.

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these Universal Terms of Service.