AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| Chad Hohenbery | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:23-cv-01236-JES-JEH |
| Cascade Spring Credit, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Chad Hohenbery                                                                                          .

Date:      06/22/2023                                      /s/ Daniel A. Edelman
                                                                    *Attorney's signature*

                                                         Daniel A. Edelman, IL Bar # 0712094
                                                                 *Printed name and bar number*

                                                    Edelman, Combs, Latturner & Goodwin, LLC
                                                              20 S. Clark Street Ste.1500
                                                                   Chicago, IL 60603

                                                                        *Address*

                                                             courtecl@edcombs.com
                                                                     *E-mail address*

                                                                 (312) 917-4200
                                                                  *Telephone number*

                                                                 (312) 917-4540
                                                                     *FAX number*