AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Chad Hohenbery ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-01236-JES-JEH |
| Cascade Spring Credit, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Chad Hohenbery.

Date: 06/22/2023

/s/ Tara L. Goodwin
*Attorney's signature*

Tara L. Goodwin, IL Bar # 6207473
*Printed name and bar number*

Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark Street Ste.1500
Chicago, IL 60603
*Address*

tgoodwin@edcombs.com
*E-mail address*

(312) 917-4200
*Telephone number*

(312) 917-4540
*FAX number*