UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS – PEORIA DIVISION

| | |
|---|---|
| CHAD HOHENBERY,<br>on behalf of Plaintiff and the class members described herein,<br><br>Plaintiff,<br><br>v.<br><br>CASCADE SPRING CREDIT also known as CASCADE SPRINGS CREDIT and BLACK HILLS CREDIT d/b/a CASCADE SPRINGS CREDIT; WAKPAMNI LAKE COMMUNITY CORPORATION; GENEVA LONE HILL; BRET A. CRANDALL; RAYCEN RAINES, III, also known as RAYCEN AMERICAN HORSE RAINES and formerly known as RAYCEN BALLARD; and JOHN DOES 1-20<br><br>Defendants. | Civil Action No. 1:23-cv-01236 |

**DEFENDANT BRET A. CRANDALL III'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Bret A. Crandall III ("Crandall"), without waiving any defenses described in Federal Rule of Civil Procedure 12, respectfully requests an extension of time to answer, move, or otherwise respond to Plaintiff Chad Hohenbery's ("Plaintiff") Complaint ("Complaint"), thereby making Crandall's response due on or before August 17, 2023. In support of this unopposed motion, Crandall states as follows:

1. The Complaint in the above-captioned matter was filed on June 22, 2023.

2. Plaintiff served Crandall with the Complaint on June 27, 2023.

3. Crandall's response to the Complaint is currently due on July 18, 2023.

4. Crandall requests additional time, up to and including August 17, 2023, to respond to the Complaint in order to investigate thoroughly the allegations in the Complaint and to prepare an appropriate response.

5. On July 13, 2023, counsel for Crandall spoke to counsel for Plaintiff via email, and discussed the proposed extension. During this conversation, counsel for Plaintiff did not oppose Crandall's request for additional time to August 17, 2023 to respond to the Complaint

6. This is Crandall's first request for an extension of time.

7. The requested extension of time shall not prejudice Plaintiff and will not unduly delay this litigation.

WHEREFORE, Defendant Bret A. Crandall III respectfully requests that the Court enter an Order providing Crandall with an extension of time up to and including August 17, 2023, to file a response to the Complaint.

Dated: July 17, 2023

**BRET A. CRANDALL III**

/s/ *Punit K. Marwaha*
Punit K. Marwaha (ARDC #6307990)
Troutman Pepper Hamilton Sanders LLP
227 W. Monroe St., Suite 3900
Chicago, Illinois 60606
Telephone: (312) 759-5949
Email: punit.marwaha@troutman.com

*Counsel for Bret A. Crandall III*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2023, the foregoing was filed with the Court and served by operation of the Court's CM/ECF system upon all counsel of record.

*/s/ Punit K. Marwaha*
Punit K. Marwaha
