AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
## Central District of Illinois

| | |
|---|---|
| Chad Hohenbery<br>*Plaintiff*<br>v.<br>Cascade Spring Credit, et al.<br>*Defendant* | )<br>)<br>) Case No. 1:23-cv-01236<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bret A. Crandall III .

Date: 07/18/2023

Punit K. Marwaha
*Attorney's signature*

Punit K. Marwaha, ARDC 6307990
*Printed name and bar number*
227 West Monroe Street
Suite 3900
Chicago, IL 60606

*Address*

punit.marwaha@troutman.com
*E-mail address*

(312) 759-5949
*Telephone number*

(312) 759-1939
*FAX number*