IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| CHAD HOHENBERY, on behalf of Plaintiff and the class members described herein, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:23-cv-01236-JES-JEH |
| v. | ) ) | Judge James E. Shadid |
| | ) | Magistrate Judge Jonathan E. Hawley |
| CASCADE SPRING CREDIT, also known as CASCADE SPRINGS CREDIT and BLACK HILLS CREDIT d/b/a CASCADE SPRINGS CREDIT; WAKPAMNI LAKE COMMUNITY CORPORATION; GENEVA LONE HILL; BRET A. CRANDALL III; RAYCEN RAINES, III, also known as RAYCEN AMERICAN HORSE RAINES and formerly known as RAYCEN BALLARD; and JOHN DOES 1-20, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT AND REQUEST TO STAY DEADLINES

Plaintiff Chad Hohenbery ("Plaintiff") and Defendants Cascade Spring Credit, Wakpamni Lake Community Corporation, Geneva Lone Hill, Bret A. Crandall, and Raycen Raines, III (collectively, "Defendants") submit this notice to inform the Court that the parties have settled this matter in principle and expect to file a stipulation of dismissal within the next forty-five days. Accordingly, the parties respectfully request that this Court stay all deadlines.

1

Dated: August 7, 2023

*/s/ Matthew J. Goldstein*
Matthew J. Goldstein
Daniel A. Edelman
Tara L. Goodwin
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
jclark@edcombs.com
mgoldstein@edcombs.com
Email address for service:
courtecl@edcombs.com

*Counsel for Plaintiff*

Respectfully submitted,

*/s/ Punit K. Marwaha*
Punit K. Marwaha (ARDC #6307990)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
227 W. Monroe Street, Suite 3900
Chicago, Illinois 60606
(312) 759-5949
punit.marwaha@troutman.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I, Matthew J. Goldstein, hereby certify that on Monday, August 7, 2023, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record.

/s/Matthew J. Goldstein
Matthew J. Goldstein

Daniel A. Edelman
Tara L. Goodwin
Dulijaza (Julie) Clark
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
jclark@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com